B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>GALVAN, ROBERT MONROE | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>GALVAN, MICHELLE JOANNE |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 9849 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 8209 |

| Street Address of Debtor (No. and Street, City, and State)<br>4660 E. HARMONY CIR<br>MESA, AZ | ZIPCODE<br>85206 | Street Address of Joint Debtor (No. and Street, City, and State<br>4660 E. HARMONY CIR<br>MESA, AZ | ZIPCODE<br>85206 |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>Maricopa | | County of Residence or of the Principal Place of Business:<br>Maricopa | |
| Mailing Address of Debtor (if different from street address): | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): | ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: Revelations in Design, Inc. | Case Number: 2:09-BK-12553-SSC | Date Filed: 06/2009 |
|---|---|---|
| District: Arizona | Relationship: Self | Judge: Sarah Sharer Curley |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s)          Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ ROBERT MONROE GALVAN
    Signature of Debtor

**X** /s/ MICHELLE JOANNE GALVAN
    Signature of Joint Debtor

    Telephone Number (If not represented by attorney)

    02/01/2011
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐    Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
    (Signature of Foreign Representative)

    _____
    (Printed Name of Foreign Representative)

    _____
    (Date)

### Signature of Attorney*

**X** /s/ J. Murray Zeigler
    Signature of Attorney for Debtor(s)

    **J. MURRAY ZEIGLER 012427**
    Printed Name of Attorney for Debtor(s)

    Zeigler Law Group, PLC
    Firm Name

    1351 N. Criss St
    Address

    Chandler, AZ 85226

    (480) 888-6269   murray@zeiglerlawgroup.com
    Telephone Number        e-mail

    02/01/2011
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
    Signature of Authorized Individual

    _____
    Printed Name of Authorized Individual

    _____
    Title of Authorized Individual

    _____
    Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

    _____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

    _____
    Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

    _____
    Address

    _____
**X** _____

    _____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
### District of Arizona

ROBERT MONROE GALVAN & MICHELLE
JOANNE GALVAN

In re_____     Case No._____
                        Debtor(s)                                         (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

❏ 3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
> ❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
> ❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
> ❏   Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:          /s/ ROBERT MONROE GALVAN
_____
ROBERT MONROE GALVAN

Date:          02/01/2011
_____

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
### District of Arizona

ROBERT MONROE GALVAN & MICHELLE
JOANNE GALVAN

In re_____     Case No._____
                    Debtor(s)                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

❒  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ❒   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ❒   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**

   ❒   Active military duty in a military combat zone.

❒  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

   **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:_____/s/ MICHELLE JOANNE GALVAN_____

                                                    MICHELLE JOANNE GALVAN

                      Date: _____02/01/2011_____

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN

In re _____,

                    Debtor

Case No. _____

Chapter _____11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| EAST VALLEY DIAGNOSTIC PO BOX 98311 PHOENIX, AZ 85038 | | | | 1,000.00 |
| NAVAJO COUNTY ASSESSORS OFFICE PO BOX 668 HOLBROOK, AZ 86025 | | | | 1,431.20 |
| Gemb/chevron 4125 Windward Plz Alpharetta, GA 30005 | | | | 1,486.00 |
| CHEVRON GE MONEY PO BOX 530950 ATLANTA, GA 30353 | | | | 1,486.11 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

Chase
P.o. Box 15298
Wilmington, DE 19850
**1,570.00**

GO RENTER.COM, LLC
645 E MISSOURI AVE
SUITE 270
PHOENIX, AZ 85012
**2,510.64**

CITY OF SHOW LOW
550 N. 9TH PLACE
SHOW LOW, AZ 85901
**2,951.00**
Collateral FMV
**0.00**

Amex
P.o. Box 981537
El Paso, TX 79998
**3,672.00**

Microbilt Collection
1640 Airport Rd, Suite
115
Kennesaw, GA 30144
**3,973.00**

NAVAJO COUNTY
ASSESSORS OFFICE
PO BOX 668
HOLBROOK, AZ 86025
**7,999.33**

Bk Of Amer
Po Box 17054
Wilmington, DE 19850
**8,042.00**

BANK OF AMERICA
PO BOX 301200
LOS ANGELES, CA
90030
**8,285.90**

Cap One
Po Box 85520
Richmond, VA 23285
**8,566.00**

NAVAJO COUNTY
ASSESSORS OFFICE
PO BOX 668
HOLBROOK, AZ 86025
**9,056.59**

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

| | | | | |
|---|---|---|---|---|
| NAVAJO COUNTY ASSESSORS OFFICE PO BOX 668 HOLBROOK, AZ 86025 | | | | 10,209.50 |
| Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | 10,284.00 |
| DR PAUL FRAME 3330 S PRICE RD #D-110 TEMPE, AZ 85282 | | | | 12,900.00 |
| NAVAJO COUNTY ASSESSORS OFFICE PO BOX 668 HOLBROOK, AZ 86025 | | | | 27,094.38 |
| Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | 37,130.00 |
| GREG COTE 2070 JASPAR CREEK PLACE HENDERSON, NV 89123 | | | | 50,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date    02/01/2011      Signature    /s/ ROBERT MONROE GALVAN

ROBERT MONROE GALVAN

Date    02/01/2011      Signature of Joint Debtor    /s/ MICHELLE JOANNE GALVAN

MICHELLE JOANNE GALVAN

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE</u>  Case No. _____

  <u>GALVAN</u>  **Debtor**            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

  **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

  If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

  If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| INDUSTRIAL BUILDING AND LAND<br><br>961 N. 16TH STREET<br>SHOW LOW, AZ | Fee Simple | C | 300,000.00 | Exceeds Value |
| INDUSTRIAL BUILDING AND LAND<br><br>951 N 16TH STREET<br>SHOW LOW, AZ | Fee Simple | C | 285,000.00 | Exceeds Value |
| INDUSTRIAL BUILDING AND LAND<br><br>1380 E. THORNTON ROAD<br>SHOW LOW, AZ | Fee Simple | C | 235,000.00 | Exceeds Value |
| COMMERCIAL BUILDING<br><br>4201 S. WHITE MOUNTAIN ROAD<br>SHOW LOW, AZ | Fee Simple | C | 750,000.00 | Exceeds Value |
| SINGLE FAMILY MOBILE HOME<br><br>6170 WAGON WHEEL ROAD<br>SHOW LOW, AZ | Fee Simple | C | 35,000.00 | Exceeds Value |
| | | Total | | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re __ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN__     Case No. _____

            **Debtor**                                                           **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| SINGLE FAMILY MOBILE HOME<br><br>925 FAWNBROOK CIRCLE<br>SHOWLOW, AZ | Fee Simple | C | 25,000.00 | Exceeds Value |
| SINGLE FAMILY MOBILE HOME<br><br>630 SOUTH 30TH AVE<br>SHOW LOW, AZ | Fee Simple | C | 45,000.00 | 44,183.42 |
| SINGLE FAMILY RESIDENCE<br><br>971 FINCHWOOD LANE<br>LAS VEGAS, NEVADA 89110 | Fee Simple | C | 250,000.00 | 212,117.97 |
| SINGLE FAMILY RESIDENCE<br><br>4025 E. LA SALLE STREET<br>PHOENIX AZ 85040 | Fee Simple | C | 200,000.00 | 194,320.24 |
| SINGLE FAMILY RESIDENCE<br><br>8511 WILDHORSE ROAD<br>PINETOP, AZ 85935 | Fee Simple | C | 350,000.00 | 227,081.25 |
| SINGLE FAMILY RESIDENCE<br><br>4660 E. HARMONY CIRCLE<br>MESA, AZ 85206 | Fee Simple | C | 403,000.00 | 362,062.05 |
| TWO BURIAL PLOTS<br><br>MARIPOSA GARDENS<br>MESA, AZ | | C | 1,000.00 | None |

Total ➤        2,879,000.00

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6-0-756 - 32688-301X-06810 - Adobe PDF

In re ROBERT MONROE GALVAN & MICHELLE JOANNE
GALVAN                           Case No. _____
          Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account BANK OF AMERICA | C | 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household furniture and furnishings including one kitchen and one dining room table with four chairs each, one living room couch, two living room chairs three living room tables three living room lamps one living room carpet five beds one bed-table for eac4660 E. HARMONY CIRLE MESA, AZ  85206 4660 E. HARMONY CIRLE MESA, AZ  85206 | C | 8,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | USED BOOKS, CDS, VIDEOS, FAMILY PHOTOGRAPHS AND PICTURES 4660 E HARMONY CIRCLE MESA, AZ  85206 | C | 500.00 |
| 6.  Wearing apparel. | | MENS PERSONAL CLOTHING | H | 500.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN  Case No. _____
_____  _____
           **Debtor**  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 4660 E HARMONY CIRCLE MESA, AZ 85206 | | |
| | | LADIES PERSONAL CLOTHING DEBTORS RESIDENCE | C | 500.00 |
| 7. Furs and jewelry. | | MENS WATCH 4660 E HARMONY CIRCLE MESA, AZ 85206 | C | 100.00 |
| | | MENS WEDDING RINGS DEBTORS RESIDENCE | C | 1,000.00 |
| | | LADIES WEDDING RINGS DEBTORS RESIDENCE | C | 1,000.00 |
| | | LADIES WATCH DEBTORS RESIDENCE | C | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 38 PISTOL, 22 RIFLE, PELLET RIFLE 4660 E HARMONY CIRCLE MESA, AZ 85206 | C | 500.00 |
| | | 2 BIKES, TREADMILL, GOLF CLUBS, WEIGHT SET, SKIS, TENNIS RACKETS, BOWLING BALL 4660 E HARMONY CIR, MESA, AZ 85206 | C | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN</u>     Case No. _____
                                    **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | STOCK IN FLOORING CONTRACTING COMPANY<br>725 E BASELINE ROAD<br>GILBERT, AZ 85233 | C | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | WAGES OWED FROM BUSINESS<br>725 E BASELINE ROAD<br>GILBERT, AZ 85233 | C | 22,000.00 |
| | | PERSONAL LOANS TO BUSINESS<br>725 E BASELINE ROAD<br>GILBERT, AZ 85233 | C | 950,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | | TERM LIFE INSURANCE<br>4660 E HARMONY CIRCLE<br>MESA, AZ 85206 | C | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re  ROBERT MONROE GALVAN & MICHELLE JOANNE
GALVAN                    **Debtor**

Case No. _____

(If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 FORD EXCUSION<br>4660 E HARMONY CIRCLE<br>MESA, AZ 85206 | C | 4,650.00 |
| | | 2006 BMW AUTOMOBILE<br>DEBTORS RESIDENCE | C | 28,255.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | MISC, HAND AND POWER TOOLS, LAWNMOWER, EDGER<br>4660 E HARMONY CIRCLE<br>MESA, AZ 85206 | C | 250.00 |

_____0_____ continuation sheets attached     Total     $     1,018,055.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE</u>    Case No. _____
<u>GALVAN</u>    **Debtor**                     **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)          ☐ Check if debtor claims a homestead exemption that exceeds $146,450*.

☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| MENS WATCH | (Husb)ARS § 33-1125 (6) | 100.00 | 100.00 |
| MENS PERSONAL CLOTHING | (Husb)ARS § 33-1125 (1) | 500.00 | 500.00 |
| Checking account | (Husb)ARS § 33-1126 (A)(9) | 150.00 | 200.00 |
| | (Wife)ARS § 33-1126 (A)(9) | 50.00 | |
| SINGLE FAMILY RESIDENCE | (Husb)ARS § 33-1101 | 150,000.00 | 403,000.00 |
| | (Wife)ARS § 33-1101 | 0.00 | |
| USED BOOKS, CDS, VIDEOS, FAMILY PHOTOGRAPHS AND PICTURES | (Husb)ARS § 33-1125 (5) | 250.00 | 500.00 |
| | (Wife)ARS § 33-1125 (5) | 250.00 | |
| TWO BURIAL PLOTS | (Husb)ARS § 33-1125 (7) | 500.00 | 1,000.00 |
| | (Wife)ARS § 33-1125 (7) | 500.00 | |
| WAGES OWED FROM BUSINESS | (Husb)ARS § 33-1131 | 22,000.00 | 22,000.00 |
| Household furniture and furnishings including one kitchen and one dining room table with four chairs each, one living room couch, two living room chairs three living room tables three living room lamps one living room carpet five beds one bed-table for eac4660 E. HARMONY CIRLE MESA, AZ 85206 | (Husb)ARS § 33-1123 | 4,000.00 | 8,000.00 |
| | (Wife)ARS § 33-1123 | 4,000.00 | |
| 2006 BMW AUTOMOBILE | (Husb)ARS § 33-1125 (8) | 5,000.00 | 28,255.00 |
| | (Wife)ARS § 33-1125 (8) | 5,000.00 | |
| LADIES PERSONAL CLOTHING | (Wife)ARS § 33-1125 (1) | 500.00 | 500.00 |
| MENS WEDDING RINGS | (Husb)ARS § 33-1125 (4) | 1,000.00 | 1,000.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE</u>          Case No. _____
<u>GALVAN</u>          **Debtor**                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| LADIES WEDDING RINGS | (Wife)ARS § 33-1125 (4) | 1,000.00 | 1,000.00 |
| LADIES WATCH | (Wife)ARS § 33-1125 (6) | 100.00 | 100.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re ROBERT MONROE GALVAN & MICHELLE JOANNE, GALVAN

Case No. _____

Debtor

(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1558 <br><br>CHASE<br>PO BOX 78148<br>PHOENIX,, AZ 85062 | | C | Incurred: 06/2003<br>Lien: Deed of Trust<br>Security: RESIDENCE - HARMONY CIRCLE PROPERTY<br><br>VALUE $ 403,000.00 | | | | 362,062.05 | 0.00 |
| ACCOUNT NO. 3026 <br><br>CHASE<br>PO BOX 78420<br>PHOENIX, AZ 85062 | | C | Incurred: 01/2008<br>Lien: Deed of Trust<br>Security: Residence - Finchwood Property<br><br>VALUE $ 250,000.00 | | | | 212,117.97 | 0.00 |
| ACCOUNT NO. 3463 <br><br>CHASE<br>PO BOX 78420<br>PHOENIX, AZ 85062 | | C | Incurred: 06/2006<br>Lien: Deed of Trust<br>Security: RESIDENCE - LA SALLE PROPERTY<br><br>VALUE $ 200,000.00 | | | | 194,320.24 | 0.00 |

___1___ continuation sheets attached

Subtotal ▶<br>(Total of this page) $ 768,500.26 | $ 0.00

Total<br>(Use only on last page) $ | $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re    ROBERT MONROE GALVAN & MICHELLE JOANNE    ,          Case No. _____
            GALVAN
                              **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8763  CHASE PO BOX 78420 PHOENIX,, AZ 85062 | | C | Incurred: 09/2004 Lien: Deed of Trust Security: RESIDENCE - WILDHORSE RD PROPERTY  VALUE $          250,000.00 | | | | 227,081.25 | 0.00 |
| ACCOUNT NO.  CITY OF SHOW LOW 550 N. 9TH PLACE SHOW LOW, AZ 85901 | | C | Lien: Deed of Trust Security: RESIDENCE - FAWNBROOK PROPERTY  VALUE $           25,000.00 | | | | 2,951.00 | 2,951.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 9901  GREAT WESTERN BANK 3051 SOUTH WHITE MOUNTAIN RSUITE A SHOW LOW, AZ 85901 | | C | Incurred: 04/2005 Lien: Deed of Trust Security: S. WHITE MTN ROAD, THORTON ROAD,16TH STREET PROPERTIES  VALUE $        1,780,000.00 | | | | 915,940.86 | 0.00 |
| ACCOUNT NO. 8463  JEAN WOLGRAM C/O LOANCARE PO BOX 8097 VIRGINIA BEACH, VA 23450 | | C | Incurred: 08/31/05 Lien: Deed of Trust Security: RESIDENCE - S. 30TH ROAD PROPERTY  VALUE $           45,000.00 | | | | 44,183.42 | 0.00 |
| ACCOUNT NO.  VALUE $ | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (s) (Total(s) of this page) | $ 1,190,156.53 | $ 2,951.00 |
|---|---|---|---|
|  | Total(s) (Use only on last page) | $ 1,958,656.79 | $ 2,951.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN</u>,     Case No. _____
                       Debtor                                                     (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN    Debtor ,    Case No._____
                                                                                              (if known)

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

____0____ **continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN     Case No. _____

       Debtor                                       (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3473 <br><br> American Express* <br> c/o Becket and Lee LLP <br> PO Box 3001 <br> Malvern, PA, 19355 | | W | | | | | Notice Only |
| ACCOUNT NO. 3473 <br><br> Amex <br> P.o. Box 981537 <br> El Paso, TX 79998 | | W | 1. Current Account | | | | 3,672.00 |
| ACCOUNT NO. 9283 <br><br> Amex <br> P.o. Box 981537 <br> El Paso, TX 79998 | | H | 1. Current Account | | | | 79.00 |
| ACCOUNT NO. 0893 <br><br> Amex <br> P.o. Box 981537 <br> El Paso, TX 79998 | | H | 1. Paid <br> 2. Account Closed By Grantor | | | | 0.00 |

14 ____ continuation sheets attached                        Subtotal ➤   $      3,751.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN</u>,      Case No. _____

                             **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6313 <br><br> Amex <br> P.o. Box 981537 <br> El Paso, TX 79998 | | H | 1. Current Account <br> 2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 1999 <br><br> Bank Of America <br> 4161 Piedmont Pkwy <br> Greensboro, NC 27410 | | H | 1. Paid <br> 2. Account Closed | | | | 0.00 |
| ACCOUNT NO. 5312 <br><br> Bank Of America <br> Po Box 17054 <br> Wilmington, DE 19850 | | H | 1. Current Account | | | | 37,130.00 |
| ACCOUNT NO. 3436 <br><br> Bank Of America <br> Po Box 17054 <br> Wilmington, DE 19850 | | H | 1. Current Account | | | | 10,284.00 |
| ACCOUNT NO. 7769 <br><br> BANK OF AMERICA <br> PO BOX 301200 <br> LOS ANGELES, CA 90030 | C | | Consideration: CREDIT CARDS | | | | 8,285.90 |

Sheet no. <u>1</u> of <u>14</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                       Subtotal ➤   $     55,699.90

                                          Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN</u>,     Case No. _____

                            **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3436<br><br>Bank Of America*<br>Attn: Bankruptcy NC4-105-03-14<br>PO Box 26012<br>Greensboro, NC, 27410 | | H | | | | | Notice Only |
| ACCOUNT NO. 3155<br><br>Bk Of Amer<br>Po Box 17054<br>Wilmington, DE 19850 | | H | 1. Current Account | | | | 8,042.00 |
| ACCOUNT NO. 4100<br><br>Bk Of Amer<br>Po Box 17054<br>Wilmington, DE 19850 | | H | 1. Card Lost<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO. 8938<br><br>Bk Of Amer<br>Po Box 17054<br>Wilmington, DE 19850 | | H | 1. Card Lost<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO. 7769<br><br>Bk Of Amer<br>Po Box 17054<br>Wilmington, DE 19850 | | H | 1. Card Lost<br>2. Account Closed | | | | 0.00 |

Sheet no. <u>2</u> of <u>14</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal ➤   $      8,042.00

                                       Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN ,     Case No. _____

                      **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8717 <br><br> Bk Of Amer <br> Po Box 17054 <br> Wilmington, DE 19850 | | W | 1. Current Account <br> 2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 3290 <br><br> Cap One <br> Po Box 85520 <br> Richmond, VA 23285 | | H | | | | | 8,566.00 |
| ACCOUNT NO. 9204 <br><br> Cap One <br> Po Box 85520 <br> Richmond, VA 23285 | | H | 1. Paid <br> 2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 5500 <br><br> Cap One <br> Po Box 85520 <br> Richmond, VA 23285 | | H | 1. Current Account <br> 2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 8918 <br><br> Cap One <br> Po Box 85520 <br> Richmond, VA 23285 | | H | 1. Paid <br> 2. Account Closed By Consumer | | | | 0.00 |

Sheet no. 3 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      8,566.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN</u> ,     Case No. _____

<div align="center">
<b>Debtor</b>                                                 <b>(If known)</b>
</div>

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5511<br><br>Cap One<br>Po Box 85520<br>Richmond, VA 23285 | | H | 1. Paid<br>2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 1264<br><br>Cap One<br>Po Box 85520<br>Richmond, VA 23285 | | H | 1. Paid<br>2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 3290<br><br>Capital One, N.a.*<br>Bankruptcy Dept<br>PO Box 5155<br>Norcross, GA, 30091 | | H | | | | | Notice Only |
| ACCOUNT NO. 7862<br><br>Chase<br>Bank One Card Serv<br>Westerville, OH 43081 | | H | 1. Card Lost<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO. 4882<br><br>Chase<br>P.o. Box 15298<br>Wilmington, DE 19850 | | H | 1. Current Account | | | | 1,570.00 |

Sheet no. <u>4</u> of <u>14</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     1,570.00

Total ➤   $

<div align="center">
(Use only on last page of the completed Schedule F.)<br>
(Report also on Summary of Schedules and, if applicable, on the<br>
Statistical Summary of Certain Liabilities and Related Data.)
</div>

<div style="writing-mode: vertical">Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF</div>

B6F (Official Form 6F) (12/07) - Cont.

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE</u> , Case No. _____
<u>GALVAN</u>
        **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1470 <br><br> Chase <br> Po Box 15298 <br> Wilmington, DE 19850 | | W | 1. Current Account <br> 2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO.  2214 <br><br> Chase Bank Usa, Na <br> Pob 9023 <br> Pleasanton, CA 94566 | | H | 1. Current Account <br> 2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO.  0418 <br><br> Chase* <br> Attn: Bankruptcy Dept <br> PO Box 15298 <br> Wilmington, DE, 19850 | | H | | | | | Notice Only |
| ACCOUNT NO.  2530 <br><br> Chase-pier1 <br> Po Box 15298 <br> Wilmington, DE 19850 | | H | 1. Paid <br> 2. Account Closed | | | | 0.00 |
| ACCOUNT NO.  9000 <br><br> Chase-pier1* <br> Attn: Recovery <br> PO Box 15298 <br> Wilmington, DE 19850 | | H | | | | | Notice Only |

Sheet no. <u>5</u> of <u>14</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4830<br><br>CHEVRON GE MONEY<br>PO BOX 530950<br>ATLANTA, GA 30353 | | H | Consideration: CREDIT CARDS | | | | 1,486.11 |
| ACCOUNT NO. 3437<br><br>Discover Fin<br>Po Box 15316<br>Wilmington, DE 19850 | | W | 1. Current Account<br>2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 3437<br><br>Discover Fin*<br>PO Box 6103<br>Carol Stream, IL, 60197 | | W | | | | | Notice Only |
| ACCOUNT NO.<br><br>DR PAUL FRAME<br>3330 S PRICE RD #D-110<br>TEMPE, AZ 85282 | | C | Consideration: Medical Services | | | | 12,900.00 |
| ACCOUNT NO. 7730<br><br>Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040 | | H | 1. Current Account<br>2. Account Closed By Consumer | | | | 0.00 |

Sheet no. 6 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 14,386.11

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN ,      Case No. _____
_____
Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2273<br><br>EAST VALLEY DIAGNOSTIC<br>PO BOX 98311<br>PHOENIX, AZ 85038 | | H | Incurred: 04/2010<br>Consideration: MEDICAL BILLS | | | | 1,000.00 |
| ACCOUNT NO. 7900<br><br>Fcnb Mstr Tr<br>P.o. Box 3412<br>Omaha, NE 68197 | | H | 1. Card Lost<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO. 0520<br><br>Fcnb Mstr Tr<br>P.o. Box 3412<br>Omaha, NE 68197 | | H | 1. Current Account<br>2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 2966<br><br>First Usa Bk<br>201 N Walnut St # De1-10<br>Wilmington, DE 19801 | | H | 1. Paid<br>2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 7106<br><br>GEMB / Mervyns*<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA, 30076 | | H | | | | | Notice Only |

Sheet no. 7 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,000.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE</u>,      Case No. _____
<u>GALVAN</u>
                 **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4830<br><br>Gemb/chevron<br>4125 Windward Plz<br>Alpharetta, GA 30005 | | H | 1. Current Account | | | | 1,486.00 |
| ACCOUNT NO. 4830<br><br>Gemb/chevron*<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA, 30076 | | H | | | | | Notice Only |
| ACCOUNT NO. 8506<br><br>Gemb/dillard<br>Po Box 981471<br>El Paso, TX 79998 | | H | 1. Card Lost<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO. 7198<br><br>Gemb/dillard<br>Po Box 981471<br>El Paso, TX 79998 | | W | 1. Card Lost<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO. 4483<br><br>Gemb/dillards<br>Po Box 981471<br>El Paso, TX 79998 | | H | 1. Transferred<br>2. Account Closed | | | | 0.00 |

Sheet no. <u>8</u> of <u>14</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        1,486.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF*

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN</u>,     Case No. _____

              **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0448<br><br>Gemb/gap<br>Po Box 981400<br>El Paso, TX 79998 | | H | 1. Current Account<br>2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 6488<br><br>Gemb/jcp<br>Po Box 981402<br>El Paso, TX 79998 | | W | 1. Current Account | | | | 139.00 |
| ACCOUNT NO. 6269<br><br>Gemb/jcp<br>Po Box 981402<br>El Paso, TX 79998 | | H | 1. Card Lost<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO. 0591<br><br>Gemb/jcp<br>Po Box 981402<br>El Paso, TX 79998 | | W | 1. Card Lost<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO. 6488<br><br>Gemb/jcp*<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA, 30076 | | W | | | | | Notice Only |

Sheet no. <u>9</u> of <u>14</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal ➤    $      139.00

                                       Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE</u>,          Case No. _____
<u>GALVAN</u>
      **Debtor**               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ALLE<br><br>GO RENTER.COM, LLC<br>645 E MISSOURI AVE SUITE 270<br>PHOENIX, AZ 85012 | C | | Consideration: OTHER | | | | 2,510.64 |
| ACCOUNT NO.<br><br>GREG COTE<br>2070 JASPAR CREEK PLACE<br>HENDERSON, NV 89123 | C | | Incurred: 08/2009<br>Consideration: Personal loan | | | | 50,000.00 |
| ACCOUNT NO.   3799<br><br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | H | | 1. Card Lost<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO.   4551<br><br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | H | | 1. Paid<br>2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO.   0330<br><br>Macys/fdsb*<br>Attn: Bankruptcy<br>PO Box 8053<br>Mason, OH, 45040 | H | | | | | | Notice Only |

Sheet no. <u>10</u> of <u>14</u> continuation sheets attached        Subtotal ➤ | $ | 52,510.64
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                 Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF*

In re  ROBERT MONROE GALVAN & MICHELLE JOANNE ,     Case No. _____
       GALVAN          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8083<br><br>MEZONA ORTHAPEDIC<br>2940 E BANNER GATEWAY DR SUITE 200<br>GILBERT, AZ 85234 | | H | Incurred: 05/2010<br>Consideration: MEDICAL BILLS | | | | 147.20 |
| ACCOUNT NO. 2916<br><br>Microbilt Collection<br>1640 Airport Rd, Suite 115<br>Kennesaw, GA 30144 | | H | 1. Collection | | | | 3,973.00 |
| ACCOUNT NO. -054<br><br>NAVAJO COUNTY ASSESSORS OFFICE<br>PO BOX 668<br>HOLBROOK, AZ 86025 | | C | Incurred: 2010<br>Consideration: TAXES | | | | 758.48 |
| ACCOUNT NO. 126D<br><br>NAVAJO COUNTY ASSESSORS OFFICE<br>PO BOX 668<br>HOLBROOK, AZ 86025 | | C | Incurred: 2010<br>Consideration: TAXES | | | | 801.88 |
| ACCOUNT NO. 59-G<br><br>NAVAJO COUNTY ASSESSORS OFFICE<br>PO BOX 668<br>HOLBROOK, AZ 86025 | | C | Incurred: 2010<br>Consideration: TAXES | | | | 27,094.38 |

Sheet no. 11 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 32,774.94

Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN , Case No. _____
                                        Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. -111<br><br>NAVAJO COUNTY ASSESSORS OFFICE<br>PO BOX 668<br>HOLBROOK, AZ 86025 | | C | Incurred: 2010<br>Consideration: TAXES | | | | 7,999.33 |
| ACCOUNT NO. -112<br><br>NAVAJO COUNTY ASSESSORS OFFICE<br>PO BOX 668<br>HOLBROOK, AZ 86025 | | C | Incurred: 2010<br>Consideration: TAXES | | | | 10,209.50 |
| ACCOUNT NO. -018<br><br>NAVAJO COUNTY ASSESSORS OFFICE<br>PO BOX 668<br>HOLBROOK, AZ 86025 | | C | Incurred: 2010<br>Consideration: TAXES | | | | 9,056.59 |
| ACCOUNT NO. -008<br><br>NAVAJO COUNTY ASSESSORS OFFICE<br>PO BOX 668<br>HOLBROOK, AZ 86025 | | C | Incurred: 2010<br>Consideration: TAXES | | | | 1,431.20 |
| ACCOUNT NO. 2001<br><br>Receivables Fin Assoc<br>2010 Main St Fl 11<br>Irvine, CA 92614 | | H | 1. Collection<br>2. Account Closed | | | | -1.00 |

Sheet no. 12 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 28,695.62

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE</u>,   Case No. _____
<u>GALVAN</u>   **Debtor**   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4422 <br><br>Sears/cbsd<br>701 East 60th St N<br>Sioux Falls, SD 57117 | | H | 1. Current Account<br>2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 7407 <br><br>SEQUOIA MEDICAL BILLING<br>16620 N. 40TH ST. SUITE B-2<br>PHOENIX, AZ 85032 | | W | Incurred: 04/2010<br>Consideration: MEDICAL BILLS | | | | 51.62 |
| ACCOUNT NO. 6522 <br><br>Target N.b.<br>Po Box 673<br>Minneapolis, MN 55440 | | H | 1. Current Account<br>2. Account Closed By Grantor | | | | 0.00 |
| ACCOUNT NO. 1560 <br><br>VALLEY ANESTHESIOLOGY<br>1850 N CENTRAL AVE SUITE 1600<br>PHOENIX, AZ 85004 | | H | Incurred: 06/2010<br>Consideration: MEDICAL BILLS | | | | 140.00 |
| ACCOUNT NO. 0183 <br><br>Webbank/dfs<br>1 Dell Way<br>Round Rock, TX 78682 | | H | 1. Paid<br>2. Account Closed By Grantor | | | | 0.00 |

Sheet no. <u>13</u> of <u>14</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 191.62

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE</u>,          Case No. _____
  GALVAN
       **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4664<br><br>Wfnnb/express<br>4590 E Broad St<br>Columbus, OH 43213 | | H | 1. Current Account<br>2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 4664<br><br>Wfnnb/express*<br>PO Box 182124<br>Columbus, OH, 43218 | | H | | | | | Notice Only |
| ACCOUNT NO. 2619<br><br>Worlds Foremost Bank N<br>4800 Nw 1st St Ste 300<br>Lincoln, NE 68521 | | H | 1. Current Account<br>2. Account Closed By Grantor | | | | 0.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. <u>14</u> of <u>14</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

             Subtotal ▶ | $   0.00

              Total ▶ | $   208,812.83

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re  ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN _____  Case No. _____
_____
                    **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re <u>ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN</u>    Case No. _____

         **Debtor**                                           **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

B6I (Official Form 6I) (12/07)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): SON, SON | AGE(S): 21, 23 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | CONTRACTOR | CONTRACTOR |
| Name of Employer | THE FLOOR STORE | THE FLOOR STORE |
| How long employed | 20 yrs, 0 mos | 20 yrs, 0 mos |
| Address of Employer | 725 E BASELINE RD | 725 E BASELINE RD |
| | GILBERT, AZ 85233 | GILBERT, AZ 85233 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 8,666.66 | $ 0.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 8,666.66 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 1,811.33 | $ 0.00 |
| | b. Insurance | $ 0.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:_____ ) | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,811.33 | $ 0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 6,855.33 | $ 0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 3,000.00 | $ 0.00 |
| 8. | Income from real property | $ 9,200.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) _____ | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income _____ (Specify) _____ | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 12,200.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 19,055.33 | $ 0.00 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | | $ 19,055.33 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____None_____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

In re ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN      Case No. _____

GALVAN     **Debtor**                   **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 17,005.27 |
|     a. Are real estate taxes included?    Yes √   No _____ | |
|     b. Is property insurance included?    Yes √   No _____ | |
| 2. Utilities: a. Electricity and heating fuel | $ 400.00 |
|           b. Water and sewer | $ 240.00 |
|           c. Telephone | $ 30.00 |
|           d. Other CABLE/HOA | $ 235.00 |
| 3. Home maintenance (repairs and upkeep) | $ 230.00 |
| 4. Food | $ 400.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 300.00 |
| 8. Transportation (not including car payments) | $ 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 200.00 |
| 10. Charitable contributions | $ 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $ 165.00 |
|           b. Life | $ 368.00 |
|           c. Health | $ 0.00 |
|           d. Auto | $ 600.00 |
|           e. Other HOME WARRANTY | $ 94.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto | $ 0.00 |
|           b. Other | $ 0.00 |
|           c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 20,867.27 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
|     a. Average monthly income from Line 15 of Schedule I | $ 19,055.33 |
|     b. Average monthly expenses from Line 18 above | $ 20,867.27 |
|     c. Monthly net income (a. minus b.) | $ -1,811.94 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

# United States Bankruptcy Court
## District of Arizona

In re    ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN       Case No. _____

           Debtor

                                                             Chapter    11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 2 | $ 2,879,000.00 | | |
| B – Personal Property | YES | 4 | $ 1,018,055.00 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 1,958,656.79 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $ 208,812.83 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 19,055.33 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 20,867.27 |
| TOTAL | | 31 | $ 3,897,055.00 | $ 2,167,469.62 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

# United States Bankruptcy Court
## District of Arizona

In re   ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN      Case No. _____

                         Debtor

                                                        Chapter      11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN

In re _____   Case No. _____
                    **Debtor**                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____33_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  02/01/2011 _____        Signature:  /s/ ROBERT MONROE GALVAN _____
                                                                                    Debtor:

Date  02/01/2011 _____        Signature:  /s/ MICHELLE JOANNE GALVAN _____
                                                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

      I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____         _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                               *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____         _____
Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____

                                                          _____
                                                          [Print or type name of individual signing on behalf of debtor.]

----------------------------------------------------------------------------------------------------

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

ROBERT MONROE GALVAN & MICHELLE JOANNE
GALVAN

In Re _____     Case No. _____
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2011(db) | 8000.00 | REVELATIONS IN DESIGN/THE FLOOR STORE |
| 2010(db) | 52000.00 | REVELATIONS IN DESIGN/THE FLOOR STORE |
| 2009(db) | 64800.00 | REVELATIONS IN DESIGN/THE FLOOR STORE |
| | | |
| 2011(jdb) | 6000.00 | REVELATIONS IN DESIGN/THE FLOOR STORE |
| 2010(jdb) | 52000.00 | REVELATIONS IN DESIGN/THE FLOOR STORE |
| 2009(jdb) | 32400.00 | REVELATIONS IN DESIGN/THE FLOOR STORE |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2011 (db) | 9200.00 | RENTAL INCOME |
| 2010(db) | 102000.00 | RENTAL INCOME |
| 2011(jdb) | 0.00 | |
| 2010(jdb) | 0.00 | |

None ☐

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| PAYMENTS MADE TO SECURED AND UNSECURED CREDITORS IN THE NORMAL COURSE OF BUSINESS FOR NORMAL LIVING EXPENSES ONLY | VARIOUS | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

None 

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None 

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

**5. Repossessions, foreclosures and returns**

None
☒       List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None
☒     a.     Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None
☒     b.     List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☒       List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

**8. Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| J. Murray Zeigler<br>Zeigler Law Group, PLC<br>1351 N. Criss St<br>Chandler, AZ 85226 | 02/01/2011 | 1,500.00 - ATTORNEY FEES<br>1,039.00 - FILING FEE<br>40.00 - BANKRUPTCY COUNSELING<br>35.00 - CREDIT REPORT |

**10. Other transfers**

None
☒

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

**15. Prior address of debtor**

None 

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None 

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None 

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None

☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| REVELATIONS IN DESIGN INC., | 86-0765802 | 725 E BASELINE RD GILBERT, AZ 85233 | CONTRACTING FIRM | 1991-present |
| THE FLOOR STORE, INC., | 86-09144200 | 725 E BASELINE RD GILBERT, AZ 85233 | RETAIL FLOORING & RELATED PRODUCTS | 2001-present |

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

NAME                                                                ADDRESS

## [Questions 19 - 25 are not applicable to this case]

\*    \*    \*    \*    \*    \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    02/01/2011                              Signature        /s/ ROBERT MONROE GALVAN
                                                  of Debtor         ROBERT MONROE GALVAN

Date    02/01/2011                              Signature        /s/ MICHELLE JOANNE GALVAN
                                                  of Joint Debtor   MICHELLE JOANNE GALVAN

_____0_____ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

AMERICAN EXPRESS
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355


AMEX
PO BOX 981537
EL PASO TX 79998


AMEX
PO BOX 981537
EL PASO TX 79998


AMEX
PO BOX 981537
EL PASO TX 79998


AMEX
PO BOX 981537
EL PASO TX 79998


BANK OF AMERICA
4161 PIEDMONT PKWY
GREENSBORO NC 27410


BANK OF AMERICA
PO BOX 17054
WILMINGTON DE 19850


BANK OF AMERICA
PO BOX 17054
WILMINGTON DE 19850


BANK OF AMERICA
PO BOX 301200
LOS ANGELES CA 90030


BANK OF AMERICA
ATTN BANKRUPTCY NC4-105-03-14
PO BOX 26012
GREENSBORO NC 27410

```
BK OF AMER
PO BOX 17054
WILMINGTON DE 19850


BK OF AMER
PO BOX 17054
WILMINGTON DE 19850


BK OF AMER
PO BOX 17054
WILMINGTON DE 19850


BK OF AMER
PO BOX 17054
WILMINGTON DE 19850


BK OF AMER
PO BOX 17054
WILMINGTON DE 19850


CAP ONE
PO BOX 85520
RICHMOND VA 23285


CAP ONE
PO BOX 85520
RICHMOND VA 23285


CAP ONE
PO BOX 85520
RICHMOND VA 23285


CAP ONE
PO BOX 85520
RICHMOND VA 23285


CAP ONE
PO BOX 85520
RICHMOND VA 23285


CAP ONE
PO BOX 85520
RICHMOND VA 23285
```

```
CAPITAL ONE NA
BANKRUPTCY DEPT
PO BOX 5155
NORCROSS GA 30091


CHASE
BANK ONE CARD SERV
WESTERVILLE OH 43081


CHASE
PO BOX 15298
WILMINGTON DE 19850


CHASE
PO BOX 15298
WILMINGTON DE 19850


CHASE
PO BOX 78148
PHOENIX AZ 85062


CHASE
PO BOX 78420
PHOENIX AZ 85062


CHASE
PO BOX 78420
PHOENIX AZ 85062


CHASE
PO BOX 78420
PHOENIX AZ 85062


CHASE BANK USA NA
POB 9023
PLEASANTON CA 94566


CHASE
ATTN BANKRUPTCY DEPT
PO BOX 15298
WILMINGTON DE 19850
```

```
CHASE-PIER1
PO BOX 15298
WILMINGTON DE 19850


CHASE-PIER1
ATTN RECOVERY
PO BOX 15298
WILMINGTON DE 19850


CHEVRON GE MONEY
PO BOX 530950
ATLANTA GA 30353


CITY OF SHOW LOW
550 N 9TH PLACE
SHOW LOW AZ 85901


DISCOVER FIN
PO BOX 15316
WILMINGTON DE 19850


DISCOVER FIN
PO BOX 6103
CAROL STREAM IL 60197


DR PAUL FRAME
3330 S PRICE RD D-110
TEMPE AZ 85282


DSNB MACYS
9111 DUKE BLVD
MASON OH 45040


EAST VALLEY DIAGNOSTIC
PO BOX 98311
PHOENIX AZ 85038


FCNB MSTR TR
PO BOX 3412
OMAHA NE 68197


FCNB MSTR TR
PO BOX 3412
OMAHA NE 68197
```

```
FIRST USA BK
201 N WALNUT ST  DE1-10
WILMINGTON DE 19801


GEMB  MERVYNS
ATTENTION  BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076


GEMBCHEVRON
4125 WINDWARD PLZ
ALPHARETTA GA 30005


GEMBCHEVRON
ATTENTION BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076


GEMBDILLARD
PO BOX 981471
EL PASO TX 79998


GEMBDILLARD
PO BOX 981471
EL PASO TX 79998


GEMBDILLARDS
PO BOX 981471
EL PASO TX 79998


GEMBGAP
PO BOX 981400
EL PASO TX 79998


GEMBJCP
PO BOX 981402
EL PASO TX 79998


GEMBJCP
PO BOX 981402
EL PASO TX 79998
```

GEMBJCP
PO BOX 981402
EL PASO TX 79998


GEMBJCP
ATTENTION  BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076


GO RENTERCOM LLC
645 E MISSOURI AVE SUITE 270
PHOENIX AZ 85012


GREAT WESTERN BANK
3051 SOUTH WHITE MOUNTAIN RSUITE A
SHOW LOW AZ 85901


GREG COTE
2070 JASPAR CREEK PLACE
HENDERSON NV 89123


HSBC BANK
PO BOX 5253
CAROL STREAM IL 60197


HSBC BANK
PO BOX 5253
CAROL STREAM IL 60197


JEAN WOLGRAM CO LOANCARE
PO BOX 8097
VIRGINIA BEACH VA 23450


MACYSFDSB
ATTN BANKRUPTCY
PO BOX 8053
MASON OH 45040


MEZONA ORTHAPEDIC
2940 E BANNER GATEWAY DR SUITE 200
GILBERT AZ 85234

```
MICROBILT COLLECTION
1640 AIRPORT RD SUITE 115
KENNESAW GA 30144


NAVAJO COUNTY ASSESSORS OFFICE
PO  BOX 668
HOLBROOK AZ 86025


NAVAJO COUNTY ASSESSORS OFFICE
PO  BOX 668
HOLBROOK AZ 86025


NAVAJO COUNTY ASSESSORS OFFICE
PO BOX 668
HOLBROOK AZ 86025


NAVAJO COUNTY ASSESSORS OFFICE
PO BOX 668
HOLBROOK AZ 86025


NAVAJO COUNTY ASSESSORS OFFICE
PO BOX 668
HOLBROOK AZ 86025


NAVAJO COUNTY ASSESSORS OFFICE
PO BOX 668
HOLBROOK AZ 86025


NAVAJO COUNTY ASSESSORS OFFICE
PO BOX 668
HOLBROOK AZ 86025


RECEIVABLES FIN ASSOC
2010 MAIN ST FL 11
IRVINE CA 92614


SEARSCBSD
701 EAST 60TH ST N
SIOUX FALLS SD 57117


SEQUOIA MEDICAL BILLING
16620 N 40TH ST SUITE B-2
PHOENIX AZ 85032
```

TARGET NB
PO BOX 673
MINNEAPOLIS MN 55440


VALLEY ANESTHESIOLOGY
1850 N CENTRAL AVE SUITE 1600
PHOENIX AZ 85004


WEBBANKDFS
1 DELL WAY
ROUND ROCK TX 78682


WFNNBEXPRESS
4590 E BROAD ST
COLUMBUS OH 43213


WFNNBEXPRESS
PO BOX 182124
COLUMBUS OH 43218


WORLDS FOREMOST BANK N
4800 NW 1ST ST STE 300
LINCOLN NE 68521

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

ROBERT MONROE GALVAN & MICHELLE JOANNE
GALVAN

In re _____ ,

                           Debtor

Case No. _____

Chapter     11 _____


## VERIFICATION OF LIST OF CREDITORS


    I hereby certify under penalty of perjury that the attached List of Creditors which consists of 8 pages, is true, correct and complete

to the best of my knowledge.


Date    02/01/2011 _____

Signature
of Debtor

/s/ ROBERT MONROE GALVAN

ROBERT MONROE GALVAN


Date    02/01/2011 _____

Signature
of Joint Debtor

/s/ MICHELLE JOANNE GALVAN

MICHELLE JOANNE GALVAN

J. Murray Zeigler
Zeigler Law Group, PLC
1351 N. Criss St
Chandler, AZ 85226
(480) 888-6269
(888) 457-0409

B203
12/94

# United States Bankruptcy Court
### District of Arizona

In re ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................................... $   5,000.00

Prior to the filing of this statement I have received ........……………….............. $   1,500.00

Balance Due ...........................……………………....................……………...... $   3,500.00

2.   The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Representation of Debtor(s) in adversary or contested matters witout agreement for additional compensation to be paid to counsel.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

02/01/2011
_____
Date

/s/ J. Murray Zeigler
_____
Signature of Attorney

Zeigler Law Group, PLC
_____
Name of law firm

---

In re ROBERT MONROE GALVAN & MICHELLE JOANNE GALVAN
_____
                    Debtor(s)

Case Number: _____
                         (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedule I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you divide the six-month total by six, and enter the result on the appropriate line. | Column A Debtor's Income | Column B Spouse's Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 8,666.66 | $ 0.00 |
| 3 | **Net income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross receipts $ 0.00<br>b. Ordinary and necessary business expenses $ 0.00<br>c. Business Income Subtract Line b from Line a | $ 3,000.00 | $ 0.00 |
| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>a. Gross receipts $ 6,658.33<br>b. Ordinary and necessary operating expenses $ 275.00<br>c. Rent and other real property income Subtract Line b from Line a | $ 9,200.00 | $ 0.00 |
| 5 | **Interest, dividends and royalties.** | $ 0.00 | $ 0.00 |
| 6 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ 0.00 | $ 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ 0.00   Spouse $ 0.00 | $ 0.00 | $ 0.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

| | | | |
|---|---|---|---|
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | $ 0.00 | |
| | b. | $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $ 20,866.66 | $ 0.00 |
| 11 | **Total Current Monthly.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ 20,866.66 | |

## Part VII: VERIFICATION

| | |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |
| | Date: 02/01/2011    Signature: /s/ ROBERT MONROE GALVAN  
*(Debtor)* |
| | Date: 02/01/2011    Signature: /s/ MICHELLE JOANNE GALVAN  
*(Joint Debtor, if any)* |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32688-301X-06810 - Adobe PDF

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re:

ROBERT MONROE GALVAN &
MICHELLE JOANNE GALVAN

Case No.
Chapter 11

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr . P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me w ithin one year before the filing of the petition in bankruptcy, or agreed to be paid to me, fo r services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept                                  $ 5,000.00

Prior to the filing of this statement I have received                           1,500.00
                                                                            $ 3,500.00
Balance Due

2. The source of the compensation paid to me was:

☒ Debtor                         ☐ Other
(specify)

3.       The source of compensation to be paid to me is:

☒ Debtor                         ☐ Other
(specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, incl uding:

a. ☒ Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. ☒ Preparation and filing of any petition, schedules, statements of affairs and plan w hich may be required;

c. ☒ Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. ☐ Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## (Continued)

Representation of Debtor(s) in adversary or contested matters witout agreement for additional compensation to be paid to counsel.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

02/01/2011                                        /s/J. Murray Zeigler

Date                                              Signature of Attorney

*Name of law firm*          Zeigler Law Group, PLC
                            1351 N. Criss St
                            Chandler, AZ 85226
                            (480) 888-6269 fax (888) 457-0409
                            murray@zeiglerlawgroup.com