J. Murray Zeigler, AZ Bar #012427
**ZEIGLER LAW GROUP, PLC**
1351 N. Criss St.
Chandler, AZ 85226-1307
Telephone: (480) 888-6269
Facsimile: (888) 457-0409
murray@zeiglerlawgroup.com
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**ROBERT GALVAN,**<br>SSN xxx-xx-9849,<br>and<br>**MICHELLE GALVAN,**<br>SSN xxx-xx-8209,<br><br>Debtors. | **Case No. 2:11-bk-02693-CGC**<br><br>Chapter 11<br><br>**NOTICE OF LODGING PROPOSED ORDER AND NOTICE OF TIME WITHIN WHICH TO FILE PROOFS OF CLAIM** |

Debtors Robert and Michelle Galvan, through their undersigned counsel, hereby give notice pursuant to Local Rule 9022-1(b) that the proposed Order and Notice of Time Within Which to File Proofs of Claim was submitted on March 8, 2011. A copy of the proposed Order is attached hereto as Exhibit A.

DATED March 8, 2011.

                                                      **ZEIGLER LAW GROUP, PLC**

                                                      /s/ 012427 J. Murray Zeigler
                                                      Attorney for Debtors

On March 8, 2011, I served the foregoing document described as **NOTICE OF LODGING PROPOSED ORDER APPROVING EMPLOYMENT OF ATTORNEY** on the following individuals by electronic means through the Court's ECF program:

William Scott Jenkins, Jr.
Ryley, Carlock & Applewhite
One N. Central Ave., Ste. 1200
Phoenix, AZ 85004-4417

Leonard J. McDonald
Tiffany & Bosco, P.A.
LJM@tblaw.com

KYLE J. SHELTON
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Office of the United States Trustee
230 N. First Avenue, #204
Phoenix, AZ 85003

On March 9, 2011, I served the foregoing document described as **NOTICE OF LODGING PROPOSED ORDER APPROVING EMPLOYMENT OF ATTORNEY** on the following individuals via U.S. Mail, postage prepaid:

William Scott Jenkins, Jr.
Ryley, Carlock & Applewhite
One N. Central Ave., Ste. 1200
Phoenix, AZ 85004-4417

Office of the United States Trustee
230 N. First Avenue, #204
Phoenix, AZ 85003

KYLE J. SHELTON
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Creditors appearing on the
Master Mailing List
attached hereto as Exhibit A

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/  012427  J. Murray Zeigler